# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL M. CRAM, MINH D. NGUYEN, and ROES 1 through 10, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07cv1842-LAB (NLS)<br><br>**ORDER CONTINUING MOTION HEARING AND REQUIRING AMENDED *PRO HAC VICE* APPLICATIONS**<br><br>[Dkt No. 3] |

In consideration of the Order granting plaintiffs' *Ex Parte* Application for leave to conduct expedited discovery on a dispositive jurisdictional issue associated with their Motion For Remand, **IT IS HEREBY ORDERED** the hearing of the Motion For Remand is continued from November 13, 2007 to ***December 3, 2007 at 10:30 a.m.***, with the briefing schedule correspondingly continued. **IT IS FURTHER ORDERED** defense counsel from Cleveland, Ohio shall resubmit their *pro hac vice* Applications with the signature of designated local counsel and, pursuant to Civil Local. Rule 83.3(c)(6), the designated local counsel shall be an attorney admitted to practice in this court who maintains an office in the Southern District of California.

**IT IS SO ORDERED**.

DATED: October 11, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge