|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOEL M. CRAM, et al., | ) | Civil No.07cv1842-LAB(NLS) |
|---|---|---|
|  | ) |  |
|  Plaintiffs, | ) | **ORDER FOLLOWING EARLY** |
| v. | ) | **NEUTRAL EVALUATION** |
|  | ) | **CONFERENCE, SETTING RULE 26** |
| ELECTRONIC DATA SYSTEMS | ) | **COMPLIANCE, AND NOTICE OF** |
| CORPORATION, et al., | ) | ***TELEPHONIC* CASE MANAGEMENT** |
|  | ) | **CONFERENCE** |
|  Defendants. | ) |  |

On February 4, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1. Counsel are ordered to appear **telephonically** on *March 28, 2008* at *10:00 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2. The parties shall submit a stipulated Protective Order to the Court for approval and entry on or before *February 11, 2008*. The parties are instructed to consult Local Civil Rule 7.2 for the appropriate procedure for filing a stipulation/joint motion with the Court.

2. The Rule 26(f) conference shall be completed on or before *February 29, 2008*.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *March 12, 2008*. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

1    4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before
2 ***March 17, 2008***.
3    Plaintiffs' counsel shall serve a copy of this order on all parties that enter this case hereafter.
4 Each responsible attorney of record and all parties representing themselves shall participate in the
5 conference.  Represented parties need not participate.
6    Failure of any counsel or party to comply with this order will result in sanctions.
7    **IT IS SO ORDERED.**
8 DATED:  February 5, 2008

   _____
   Hon. Nita L. Stormes
   U.S. Magistrate Judge