\

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL M. CRAM, and MINH D. NGUYEN, et al., | Case No.  07cv1842 LAB (NLS) |
| Plaintiff, | **ORDER OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| ELECTRONIC DATA SYSTEMS CORPORATION aka EDS, DOES 1-10, | |
| Defendants. | |

The Court, having fully reviewed the Motion and the supporting Points and Authorities, the Stipulation of Settlement and General Release ("Stipulation of Settlement"), and Exhibits in support thereof, and the proposed Notice of Pendency of Class Action and Proposed Settlement, and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed class action settlement, and if preliminarily determined to be reasonable, to provide notice to Class Members in accordance with due process requirements, and to schedule a formal Final Approval Hearing ("Fairness Hearing") to determine the good faith, fairness, adequacy, and reasonableness of any proposed settlement;

/ / /

1    THE COURT HEREBY MAKES THE FOLLOWING DETERMINATIONS AND

2    ORDERS:

3    The Court finds on a preliminary basis that the Stipulation of Settlement filed and

4    incorporated herein by this reference and made a part of this Order of Preliminary Approval, appears

5    to be within the range of reasonableness of a settlement which could ultimately be given final

6    approval by this Court; it further appears to the Court on a preliminary basis, that the settlement

7    amount is fair and reasonable to Class Members when balanced against the probable outcome of

8    further litigation relating to liability and damages issues and potential appeals of rulings; it further

9    appears that significant discovery, investigation, research, and litigation has been conducted such that

10   counsel for the parties at this time are able to reasonably evaluate their respective positions; it further

11   appears that settlement at this time will avoid substantial costs, delay and risks that would be

12   presented by the further prosecution of the litigation; it further appears that the proposed Settlement

13   has been reached as the result of intensive, serious and non-collusive negotiations between the

14   parties;

15   ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR ORDER OF

16   PRELIMINARY APPROVAL OF SETTLEMENT IS HEREBY GRANTED; THE CLASS

17   IS CONDITIONALLY CERTIFIED FOR SETTLEMENT PURPOSES ONLY; THE LAW

18   OFFICES OF DAVID J. GALLO IS APPOINTED AS CLASS COUNSEL; AND JOEL M.

19   CRAM AND MINH D. NGUYEN ARE APPOINTED AS CLASS REPRESENTATIVES;

20   1.    Consistent with the definitions provided in the Stipulation of Settlement, the terms

21   "Class" and "Class Members" include all persons currently or formerly employed within the State

22   of California by EDS who between August 21, 2003 and May 29, 2008 (the "Class Period'), met

23   all of the following criteria:

24   a.    were employed by EDS in California in one or more of the five specifically

25         designated job codes of (1) Systems Administrator (34060), (2) Systems

26         Administrator Advanced (34070), (3) Information Security Analyst (33700), (4)

27         Information Security Analyst Advanced (33710), or (5) Information Security

28         Analyst Senior (33720); and

- 2 -        Order of Preliminary Approval of Class Action
             Settlement

1       b.    were classified as exempt for overtime purposes, and were not considered eligible

2            by EDS for compensation for overtime hours worked during the time that they

3            were in one or more of the designated job codes; and

4       c.    were reclassified for overtime purposes by Defendant as a result of one or more

5            audits and/or reviews in 2007 and 2008.

6    Further, the Court finds that the proposed Claims Administrator, Rust Consulting, is an

7    adequate Claims Administrator, and the proposed Notice of Pendency of Class Action and

8    Proposed Settlement ("Class Notice"), which advises the class of the Preliminary Approval of

9    the Settlement, the Opt-Out timing and procedures, the timing and procedures for filing a claim,

10   and the date of the Fairness Hearing, in the form attached to the Stipulation of Settlement as Exhibit

11   "B" and incorporated herein by this reference and made a part of this Order of Preliminary

12   Approval, fairly and adequately advises Class Members of the terms of the proposed Settlement and

13   the benefits available to Class Members thereunder, as well as their right to "Opt Out" and the

14   procedures for doing so, and of the formal Fairness Hearing to be conducted on, and the right of Class

15   Members to file documentation in support of or in opposition, to the settlement, and procedures for

16   appearing at said hearing; the Court further finds that the Class Notice clearly comports with all

17   constitutional requirements including those of due process; the Court further finds that the proposed

18   Class Notice and the Claim Form are reasonable and adequate and will likely assist Class Members in

19   the claims process;

20       ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY

21   APPROVES THE PROPOSED CLAIMS ADMINISTRATION PROCESS, THE

22   PROPOSED NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT, AND THE

23   CLAIM FORM;

24       The mailing to the present or last known address of present and former employees and an

25   address update search for Class Members, constitutes an effective method of notifying Class

26   Members of their rights with respect to the Class Action and Settlement;

27

28

- 3 -    Order of Preliminary Approval of Class Action
Settlement

1
2
3

ACCORDINGLY, IT IS HEREBY ORDERED THAT THE PROCEDURES SET FORTH IN THE STIPULATION AND THE FOLLOWING SCHEDULE BE ESTABLISHED AND FOLLOWED, UNLESS MODIFIED BY THE COURT:

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

| Event | Timing |
|---|---|
| Defendant transmits funds for estimated claims administration costs to Claims Administrator. | 5 business days after Preliminary Approval |
| Defendant provides list of Class Members to Plaintiff's counsel and the Claims Administrator. | 45 days after Preliminary Approval |
| Claims Administrator mails Class Notice and Claim Form to Class Members. | 60 days after Preliminary Approval |
| Deadline to file claims when Notice Packets are not returned by Post Office, Opt-Out or Object. | 45 days after mailing by Claims Administrator |
| Plaintiffs file Motion for Final Approval. | 16 Court days before Fairness Hearing |
| Claims Administrator provides declaration of Mailing Class Notice and Claim Form. | 14 days before Fairness Hearing |
| Fairness Hearing. | Approximately 120 days after Preliminary Approval |
| Defendant transmits amounts due to Class Members, Plaintiffs, and for attorneys' fees and costs to Claims Administrator. | 10 business days after Effective Date |
| Claims Administrator provides checks to Claimants, Plaintiff and Class Counsel. | 15 business days after Effective Date |
| Claims Administrator file a declaration of mailing checks to Claimants. | 45 business days after Effective Date |

20
21
22
23
24
25
26
27
28

IT IS FURTHER ORDERED that any party to this case, including Class Members, may appear at the Fairness Hearing in person or by counsel, and may be heard to the extent allowed by the Court, in support of, or in opposition to, the Court's determination of the good faith, fairness, reasonableness and adequacy of the proposed Settlement, the requested attorneys' fees and litigation expenses, the request for a class representative enhancement awards for Plaintiffs Cram and Nguyen, and any Order of Final Approval and Judgment regarding such Settlement, fees and expenses; provided, however, that no person, except Class Counsel and counsel for Defendant, shall be heard in opposition to such matters unless such person has complied with the filing and

- 4 -                Order of Preliminary Approval of Class Action
                    Settlement

1  service conditions set forth in the Notice of Pendency of Class Action and Proposed Settlement,

2  which conditions are incorporated herein;

3  IT IS FURTHER ORDERED that all briefs supporting or opposing the settlement shall be

4  served and filed in accordance with the above schedule;

5  IT IS FURTHER ORDERED that, if for any reason the Court does not grant and file an

6  Order of Dismissal with Prejudice, or if the "Effective Date" of settlement, as defined in the

7  Stipulation of Settlement, does not occur for any reason whatsoever, the proposed Stipulation of

8  Settlement, and all evidence and proceedings had in connection therewith, shall be without prejudice

9  to the status quo ante rights of the parties to the litigation as more specifically set forth in the

10  Stipulation of Settlement; this Order conditionally certifying the class for settlement purposes,

11  appointing Class Counsel and a Class Representative shall be vacated; the Parties shall return to their

12  respective positions in this lawsuit as those positions existed immediately before the Parties executed

13  the Stipulation of Settlement; and nothing stated in the Stipulation of Settlement Agreement, the

14  Motion, this Order, or in any exhibits to the foregoing documents shall be deemed an admission of

15  any kind by any of the Parties or used as evidence against, or over the objection of, any of the Parties

16  for any purpose in this action or in any other action.

17  IT IS FURTHER ORDERED that, pending further order of this Court, all proceedings in this

18  matter except those contemplated herein and in the Stipulation of Settlement are stayed. The

19  Court expressly reserves the right to adjourn or continue the Fairness Hearing from time to time

20  without further notice to Class Members.

21  IT IS FURTHER ORDERED that, to facilitate administration of this Settlement, the

22  Court hereby enjoins Plaintiffs and all Class Members from filing or prosecuting any claims,

23  cases, suits or administrative proceedings (including filing or pursuing claims with the California

24  Labor Commissioner or the California Division of Labor Standards Enforcement) regarding

25  claims released by the Settlement unless and until such Class Members have filed valid written

26  requests for exclusion with the Claims Administrator and the time for filing claims with the

27  Claims Administrator has elapsed.

28

- 5 -        Order of Preliminary Approval of Class Action
                Settlement

1          IT IS FURTHER ORDERED that the Fairness Hearing shall be held before the

2    undersigned at 11:45 a.m. on December 1, 2008 at the United States District Court, Southern

3    District of California, located at 800 Front Street, San Diego, California to consider the fairness,

4    adequacy, and reasonableness of the proposed Settlement, preliminarily approved by this Order of

5    Preliminary Approval, and to consider the application of Class Counsel, the Law Offices of David

6    J. Gallo, for an award of reasonable attorneys' fees, costs, and expenses incurred, and the request

7    for a class representative enhancement for Plaintiff Joel M. Cram, and Minh D. Nguyen.

8          IT IS SO ORDERED.

9    DATED: August 19, 2008          _____

10                     Honorable Larry A. Burns, U.S. District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -          Order of Preliminary Approval of Class Action
Settlement