1  DAVID J. GALLO, ESQ. *(California Bar No. 127722)*
   **LAW OFFICES OF DAVID J. GALLO**
2  12702 VIA CORTINA, SUITE 500
   DEL MAR, CALIFORNIA  92014
3  Telephone: (858) 509-3652

4  Attorney for Plaintiffs,
   JOEL M. CRAM, and
5  MINH D. NGUYEN, individually,
   and on behalf of all others similarly situated

6

7  ## UNITED  STATES  DISTRICT  COURT

8  ## SOUTHERN DISTRICT OF CALIFORNIA

9

10 JOEL M. CRAM, and
   MINH D. NGUYEN, individually, and on behalf of
11    all others similarly situated,

12       Plaintiffs,

13 v.

14 ELECTRONIC DATA SYSTEMS
      CORPORATION, a Delaware corporation,
15
         Defendant.
16

Civil Action Number:

**07-CV-1842 LAB (NLS)**

**DECLARATION OF DAVID J. GALLO, ESQ., IN SUPPORT OF FINAL APPROVAL OF PROPOSED SETTLEMENT OF CLASS ACTION**

17

18 NAME OF JUDICIAL OFFICER:

19       Hon. Larry A. Burns

20 COURTROOM NUMBER:

21       9 (Second Floor)

22 DATE AND TIME OF HEARING:

23       1 DECEMBER 2008
         11:45 a.m.

24

25

26

27

28

**07cv1842**

**DECLARATION OF DAVID J. GALLO, ESQ., IN SUPPORT OF FINAL APPROVAL OF PROPOSED SETTLEMENT OF CLASS ACTION – PAGE 1**

1    I, DAVID J. GALLO, hereby declare:

2    1.    All of the facts set forth in this Declaration are within my personal knowledge true and

3    correct (except as to any matters which may be contained herein which are expressly stated to be

4    based upon information and belief; however, I believe that any and all matters stated herein to be

5    based upon information and belief are true).

6    2.    I am an attorney licensed to practice, *inter alia,* in the above-captioned Court.

7    3.    I am engaged in the representation of the Plaintiff Class in the above-captioned civil

8    action.

9    4.    Through and including the filing of this Declaration, I have neither received, nor been

10   informed of, any objection by any person to the proposed settlement now before the Court, or to any

11   provision of such proposed settlement.

12   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th

13   day of November, 2008, within the Southern District of California.

14

15                    _/s/ David J. Gallo_____
                      DAVID J. GALLO

16

17

18

19

20

21

22

23

24

25

26

27   [EDS-SETTLEMENT_DECL_GALLO_final_approval_01DEC08.wpd]

28
                                                    **07cv1842**
     **DECLARATION OF DAVID J. GALLO, ESQ., IN SUPPORT OF FINAL APPROVAL OF
     PROPOSED SETTLEMENT OF CLASS ACTION – PAGE 2**

1

## CERTIFICATE OF ELECTRONIC SERVICE

2       I, DAVID J. GALLO, hereby certify that, upon electronic filing hereof, I have effected

3   electronic service of the preceding document upon all parties who have appeared in the above-

4   captioned civil action, in the manner authorized by CivLR 5.4(c).

5

6                                      _____/s/ David J. Gallo_____

7                                      DAVID J. GALLO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [EDS-SETTLEMENT_DECL_GALLO_final_approval_01DEC08.wpd]

28
                                                            **07cv1842**
**DECLARATION OF DAVID J. GALLO, ESQ., IN SUPPORT OF FINAL APPROVAL OF
PROPOSED SETTLEMENT OF CLASS ACTION – PAGE 3**