# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL M. CRAM,<br>MINH D. NGUYEN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 07cv1842 LAB (NLS)<br><br>**ORDER AWARDING COMPENSATION AND REIMBURSEMENT TO CLASS COUNSEL AND INCENTIVE AWARDS TO CLASS REPRESENTATIVES** |

1   ON 12 JANUARY 2009, at 1145 hours, came on to be heard the Motion of Class Counsel, the Law Offices of David J. Gallo **(hereinafter "Class Counsel"),** and Class Representatives, Mr. Joel M. Cram, and Mr. Minh D. Nguyen **(hereinafter collectively the "Class Representatives"),** for Award of Compensation and Reimbursement to Class Counsel, and for Incentive Awards to Class Representatives.  The Court having considered the evidence submitted and the argument presented, hereby grants said Motion as follows:

   IT IS HEREBY ORDERED that Class Counsel shall be, and hereby is, awarded compensation for services rendered on behalf of the Plaintiff Class in the sum of $300,000.00;

   IT IS FURTHER ORDERED that Class Counsel shall be, and hereby is, awarded reimbursement for costs incurred on behalf of the Plaintiff Class in the sum of $11,980.74;

   IT IS FURTHER ORDERED that each Class Representative shall be, and hereby is, awarded a recovery enhancement of $20,000.00;

   IT IS FURTHER ORDERED that Defendant, Electronic Data Systems Corporation **(hereinafter "EDS"),** shall pay such amounts without the necessity of further Order by this Court, and that EDS shall do so at the time(s) prescribed by the Stipulation of Settlement and General Release of which this Court has, by separate Order, granted final approval.

   **IT IS SO ORDERED.**

DATED:  January 16, 2009

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge